SP 3145 '05

05-596 M

Superior Court of the District of Columbia
CRIMINAL DIVISION
SPECIAL PROCEEDINGS

UNITED STATES
VS
KARWAN, HABIBULLAH H
Lockup Nbr: 24
PDID: 0579473 DOB: CCR: 149995

FILED
NOV 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Court File Date: NOV 11 2005

LOCK UP: L-24

PDID ____ DOB ____ CCR ____

☐ CITATION ☐ BOND ☐ Collateral $ ____ Page ____

Papers
Count(s) ____
Charges Filed ____

DEFENSE COUNSEL ☐ PRO SE — CODE — S C A R — DATE WITHDRAWN

1. F. Kersey ☐ ☐ ☐ ☐

2. ____ ☐ ☐ ☐ ☐

PROSECUTOR — CODE

1. ____

2. ____

ASSIGNED TO JUDGE ____

Cal. Number ____

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.

☐ LINEUP ORDER FILED

Count(s) ____ PLEA: ☐ Not Guilty ☐ Guilty, JUDGMENT Guilty

☐ Sworn Statement Filed
Rule 5(c) Determination ☐ Made ☐ Waived

| CONTINUED DATE | | BOND CONDITIONS |
|---|---|---|
| PREL. HEARING | | BOND AMOUNT $ |
| STATUS HEARING | | ☐ CASH ____ % ☐ SURETY |
| JURY TRIAL | | ☒ PERSONAL RECOGNIZANCE |
| NON-JURY | | ☐ Third Party Custodian |
| | | ☐ Contribution Ordered |

A ____ B ____ C ____ D ____ E ____ F ____ G ____ H ____ I ____

PROBATION
☐ 163 FILED
Sentence Date
Report Due Date
Jacket Ready For Probation
Received in Probation
Jacket Returned to Crim. Div.

Diversion
Date Admitted

☒ Defendant Advised of Penalties for Failure to Appear.

C 11-14-05 @ 1:45pm

Count(s) ____ Nolle Prosequi Prosecutor: ____

COURT REPORTER — TAPE ☐ C10 — CLERK M — JUDGE/COMM. Jackson

☐ NEW COMMITMENT ☐ BACK TO JAIL O.C. ☐ RELEASE EXECUTED ☒ NOT IN CUSTODY

| DISPOSED | | | | PENDING | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated |
| | | | | | | | | A | V |

DATE: FINAL DISPOSITION ONLY

Count(s) ____ Nolle Prosequi Prosecutor: ____

COURT REPORTER TAPE ☐ CLERK JUDGE/COMM.

NEW COMMITMENT EXECUTED ☐ BACK TO JAIL O.C. ☐ RELEASE EXECUTED ☐ NOT IN CUSTODY