F1<u>1089387</u>

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

HABIBULLAH KARWAN

**WARRANT FOR ARREST**

CASE NUMBER: 05-0596M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___HABIBULLAH KARWAN___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

FILED
NOV 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) __§ 371__.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOV 09 2005      District of Columbia
Date and Location

Bail fixed at $ _____   by _____
                              Name of Judicial Officer

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED<br>11·9·05 | NAME AND TITLE OF ARRESTING OFFICER<br><br>SEAN McLEOD SDUSM | SIGNATURE OF ARRESTING OFFICER<br><br>S. B. M[signature] |
|---|---|---|
| DATE OF ARREST<br>11·14·05 | | |