UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | Charges: |
| | : | 18 U.S.C. §§ 371, 2320 (Conspiracy |
| HABIBULLAH KARWAN | : | to Traffic in Counterfeit Goods) |
| | : | |

INFORMATION

The United States Attorney for the District of Columbia informs the Court:

COUNT ONE
(Conspiracy to Traffic in Counterfeit Goods)

1. From on or about April 25, 2005, through on or about November 10, 2005, in the District of Columbia and elsewhere, defendant **HABIBULLAH KARWAN** and others did knowingly and voluntarily conspire to commit an offense against the United States, that is, intentionally to traffic in goods while knowingly using counterfeit marks on and in connection with such goods, in violation of Title 18, United States Code, Section 2320.

OVERT ACTS

2. In furtherance of the conspiracy, and to effect the objects thereof, defendant committed or caused to be committed the following acts in the District of Columbia:

3. On April 25, 2005, defendant **HABIBULLAH KARWAN** sold ten (10) handbags and two (2) scarfs, all bearing counterfeit marks, and ten (10) "Prada" trademark logos or "stickers" to an undercover officer, in exchange for $174.00.

4. On November 2, 2005, defendant **HABIBULLAH KARWAN** sold eighteen (18) handbags, five (5) scarfs and hats, and seven (7) wallets, all bearing counterfeit marks, to an

undercover officer, in exchange for $482.00.

All in violation of Title 18, United States Code, Section 371.

        Respectfully submitted,
        KENNETH L. WAINSTEIN
        United States Attorney
        for the District of Columbia
        D.C. Bar No. 451058

By: _____
        JOHN CARLIN
        Assistant U.S. Attorney
        Computer Hacking and Intellectual Property Unit
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-353-2457

_____
CORBIN WEISS
Senior Counsel, U.S. Department of Justice
Computer Crime & Intellectual Property Section