UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: 06-22 |
| v. ) | Hearing: March 9, 2006 |
| HABIBULLAH KARWAN ) | |

**MOTION TO CONTINUE PRELIMINARY HEARING FOR MEDICAL REASONS**

Habibullah Karwan, by and through undersigned counsel, respectfully requests that this Court vacate the March 9, 2006 preliminary hearing date in this case and set this case for two months out. In support of this motion, defense counsel states as follows:

1. That the Defendant is current undergoing a bone marrow transplant due to a medical condition at Fairfax Hospital. The Defendant will not be able to appear until May 2006 at the earliest. (See Attached)

2. That the government does not oppose this motion.

3. That the Defendant has entered into a written plea agreement with the Government and plans on entering the plea in open court as soon as medically able to do so**.**

**WHEREFORE**, Defendant respectfully requests that this Court vacate the March 9, 2006 Preliminary hearing date and set it for a later date should the plea break down.

Respectfully submitted,


By:___/s/Alan Solomon_____
Alan Solomon, Esquire #443 277
Attorney for Mr. Karwan
SOLOMON, MALECH & COHEN, P.C.
7720 Wisconsin Avenue
Suite 220
Bethesda, Maryland 20814-3577
(301) 913-5884
Fax: (301) 913-0382


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing MOTION TO CONTINUE was faxed and served via the ECF/CM to John Carlin, Esquire, Assistant United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530 on this 7th day of March, 2006.

                         ___/s/ Alan Solomon____
                         Alan Solomon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No.: 06-22 |
| ) | |
| v. ) | Hearing: March 9, 2006 |
| HABIBULLAH KARWAN ) | |
| ) | |

**O R D E R**

On the Motion to continue the Preliminary Hearing, and the opposition thereto, if any, it is this _____ day of _____ 2006:

**ORDERED** that the March 9 , 2006 date is vacated and that preliminary hearing is set for a date to be cleared by counsel in this matter should the plea break down.

**SO ORDERED.**

copies to:
John Carlin, Esquire
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Alan Solomon, Esquire
SOLOMON, MALECH & COHEN, P.C.
7720 Wisconsin Avenue
Suite 220
Bethesda Maryland 20814

**END OF ORDER**