**FAIRFAX NORTHERN VIRGINIA**
HEMATOLOGY ONCOLOGY PC.

March 1, 2006

RE: **HABIBULLAH KARWAN**
DOB: **JULY 15, 1950**

To Whom It May Concern:

Mr. Karwan is currently hospitalized at Inova Fairfax Hospital being treated for acute myelogenous leukemia. Due to his current medical restrictions, he will not be able to appear in court on March 9, 2006.

If there are any questions, please feel free to call or write our offices.

Sincerely,

Gregory J. Orloff, M.D.

GJO/ch

---

Exceptional Care Without Compromise
Oncology Hematology Care Cancer Research Stem Cell Transplantation
www.fxvho.com

Arthur N. Kuhn, M.D.
Richard A. Snyder, M.D., F.A.C.P.
John A. [illegible], M.D.
Roy A. Beveridge, M.D.
Nicholas J. Robert, M.D.
Gregory J. Orloff, M.D.
Daniel Ketcher, M.D.
Winston M. Ueno, M.D.
Robert L. Reid, M.D., F.A.C.P.
Peter S. Francis, M.D.
Alison G. Kula, M.D.
Anne M. Favret, M.D.
Elizabeth B. Simms, M.D.
Robert L. Marsh, M.D.
Ivan Aksentijevich, M.D.
Dipti Patel, M.D.
Alex I. Spira, M.D., Ph.D.
Alvy Dar, M.D.
Maureen E. Ross, M.S.N., M.P.H.
Alice Spiros, C.F. N.P.

**Fairfax Office**
8503 Arlington Blvd.
Suite 400
Fairfax, VA 22031
(P) (703)280-5390
(F) (703)280-5595

**Alexandria Office**
4660 Kenmore Ave.
Suite 1018
Alexandria, VA 22304
(P) (703)823-5322
(F) (703)823-6723

**Fair Oaks Office**
3650 Joseph Siewick Dr.
Suite 200
Fairfax, VA 22033
(P) (703)391-5870
(F) (703)391-2507

**Fauquier Office**
400-C Hospital Dr.
Warrenton, VA 20186
(P) (540)341-8745
(F) (540)341-8781

**Loudoun Office**
Loudoun Cancer Care Ctr.
14 Pidgeon Hill Dr.
Suite 230
Sterling, VA 20165
(P) (703)444-3010
(F) (703)444-8326

**Manassas Office**
8640 Sudley Rd
Suite 302
Manassas, VA 20110
(P) (703)368-1400
(F) (703)361-5561

**Woodbridge Office**
2280 Opitz Blvd.
Suite 300
Woodbridge, VA 22191
(P) (703)897-5358
(F) (703)897-7839