UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No.:06-22 |
| ) | |
| v. ) | Hearing: March 9, 2006 |
| **HABIBULLAH KARWAN** ) | |
| ) | |

**O R D E R**

On the Motion to continue the Preliminary Hearing, and the opposition thereto, if any, it is this

_____ day of _____ 2006:

**ORDERED** that the March 9 , 2006 date is vacated and that preliminary hearing is set for a date to be cleared by counsel in this matter should the plea break down.

**SO ORDERED.**

copies to:
John Carlin, Esquire
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

Alan Solomon, Esquire
SOLOMON, MALECH & COHEN, P.C.
7720 Wisconsin Avenue
Suite 220
Bethesda Maryland 20814

**END OF ORDER**