# Inova Fairfax Hospital/Fairfax Stem Cell Transplant Program

Roy A. Beveridge, M.D., Co-Director
Gregory J. Orloff, M.D., Co-Director

**Inpatient Services**

Inova Transplant Center
8503 Arlington Boulevard, Suite 200
Fairfax, Virginia 22031
Phone (703) 970-3178
Fax (703) 970-3179

Inova Fairfax Hospital
3300 Gallows Road
Falls Church, Virginia 22042-3300

**FILED**

JUN 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Outpatient Services**

Fairfax Northern Virginia
Hematology-Oncology, P.C.
8503 Arlington Boulevard, Suite 400
Fairfax, Virginia 22031
Phone (703) 280-5390 x1163
Fax (703) 208-9284

June 26, 2006

To Whom It May Concern:

Habibullah Karwan a patient under my care with a history of acute promyelocytic leukemia who recently underwent an high-dose chemotherapy. At this point Mr. Karwan is very neutropenic and cannot be placed in any situation that increases his risk for infection. In addition, Mr. Karwan will begin an allogenic stemcell transplant, in which he will need to remain isolated for approximately 1 month and then no contact with others for 1 year. Because of these circumstances, Mr. Karwan is unable to attend any and all court hearings,

At this time, I anticipate that he will need to remain out of court for a total of 6 – 12 months.

If I could be of further assistance please do not hesitate to contact me at 703-280-5390.

Sincerely,

Gregory J. Orloff, MD